# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

EXPORT-IMPORT BANK OF THE UNITED STATES

vs.                                     NO. 3:09CV00022 SWW

THEODORE M. JENNEY, ET AL

### ORDER

Pending before the Court is a motion [doc #13] for transfer of proceeding by Theodore M. Jenney. After a review of the pleading, the Court is of the opinion that a response by the United States of America would facilitate the resolution of this motion. The Court therefore directs the United States to respond to the pleading on or before twenty days after the date of entry of this Order.

IT IS SO ORDERED this 15th day of May 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE